No. 91–614. NORTHWEST FINANCIAL, INC. v. CALIFORNIA STATE BOARD OF EQUALIZATION ET AL. Ct. App. Cal. 4th App. Dist. Certiorari denied.

No. 91–685. LEDERLE LABORATORIES, DIVISION OF AMERICAN CYANAMID CO. v. FELDMAN. Sup. Ct. N. J. Certiorari denied.

No. 91–796. CAMMACK ET AL. v. WAIHEE, GOVERNOR OF HAWAII, ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–941. ESPOSITO ET AL. v. SOUTH CAROLINA COASTAL COUNCIL ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–1076. LONG BEACH EQUITIES, INC. v. COUNTY OF VENTURA, CALIFORNIA ET AL. Ct. App. Cal. 2d App. Dist. Certiorari denied.

No. 91–1176. CONSTANGY v. NORTH CAROLINA CIVIL LIBERTIES UNION ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–1211. EVANS v. CITY OF EVANSTON ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–1462. MURRAY ET AL. v. CITY OF AUSTIN, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–1511. ROBERTS, DBA ROBERTS MOTOR CO. v. FERRARI S. P. A. ESERCIZIO FABRICHE AUTOMOBILI E CORSE. C. A. 6th Cir. Certiorari denied.

No. 91–1531. CZARNECKI v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 91–1551. AYERS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–1582. ELLWEST STEREO THEATRES OF MEMPHIS, INC., DBA EXECUTIVE SOUTH, ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.